RECEIVED

MAR 1 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GLENN M. HEBERT | CIVIL ACTION NO. 09-1126 |
| VERSUS | JUDGE DOHERTY |
| LOUISIANA LICENSED PROFESSIONAL VOCATIONAL REHABILITATION COUNSELORS, ET AL | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in this Court's Ruling on Objections [Doc. 31, pp. 3-7] and Order [Doc. 32], as well as the reasons cited by plaintiff in his brief in response to the foregoing Ruling and Order [Doc. 38]:

IT IS HEREBY ORDERED that plaintiff's claim against Mr. Arceneaux, asserted pursuant to 42 U.S.C. § 1983, is DISMISSED *sua sponte*.

As all claims over which this Court had original subject matter jurisdiction have now been dismissed, and because this matter involves issues of particular concern to the State of Louisiana (*i.e.* process and procedures utilized by the Louisiana Licensed Professional Vocational Rehabilitation Counselors Board of Examiners), and because this matter has a rather lengthy history in state court (including an appeal to the Louisiana Third Circuit Court of Appeal) and a relatively sparse history with this Court, this Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims, and those claims are hereby REMANDED to the 15th Judicial District Court for the Parish of Lafayette, State of Louisiana. 28 U.S.C. §§ 1367(c), 1447(d); *see also* Brookshire Bros. Holding, Inc. v. Dayco Products, Inc., 554 F.3d 595 (5th Cir. 2009); Bass v.

Parkwood Hospital, 180 F.3d 234, 246 (5th Cir. 1999).

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___14___ day of March, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

2